UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:24-cv-10978 MWC (JCx)                                  Date: February 24, 2025

Title     Guri Gonzalez v. Miguel A. Gutierrez *et al.*

---

Present: The Honorable:   Michelle Williams Court, United States District Judge

|  T. Jackson  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) Order to Show Cause re: Supplemental Jurisdiction**

The Complaint filed in this action asserts claims for injunctive relief arising out of alleged violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 et seq., and California's Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code §§ 51–52 et seq.  The Complaint also asserts claims for damages pursuant to the Unruh Act and related state law claims.  The Court **ORDERS** Plaintiff to show cause in writing no later than **March 7, 2025** why it should not decline to exercise supplemental jurisdiction over the Unruh Act and related state law claims.  *See* 28 U.S.C. §§ 1367(c)(2), (c)(4); *Schutza v. Cuddeback*, 262 F. Supp. 3d 1025 (S.D. Cal. 2017).

The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover.  Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-10978 MWC (JCx)                                              Date: February 24, 2025

Title       Guri Gonzalez v. Miguel A. Gutierrez *et al.*

definition of a "high-frequency litigant" as provided by California Civil Procedure Code §§ 425.55(b)(1) & (2).

Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act and related state law claims and dismissing those claims without prejudice pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**

                                                                                                                            :
                                                                                   **Initials of Preparer**   TJ